IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cv. No. 09-383-S-BLW |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| MARIO L. FURTADO and MELISSA R. FURTADO, husband and wife, WELLS FARGO BANK, N.A., EMMETT VALLEY & SHOSHONE LIVESTOCK AUCTIONS, LLC., and DENTINGER FEED & SEED CO., INC., | |
| Defendants. | |

A Clerk's Entry of Default was entered in this case against Defendants Mario L. Furtado and Melissa R. Furtado, husband and wife, on December 14, 2009 (Dkt. 33), in accordance with Rule 55 of the Federal Rules of Civil Procedure. Counsel for Plaintiff now requests judgment against said defaulted Defendants (Dkt. 55), based on the Declaration of Peter Halvorson (Dkt. 58).

In light of the evidence supporting Plaintiff's motion, judgment is hereby rendered in favor of the Plaintiff, United States of America, and against the Defendants, Mario L. Furtado and Melissa R. Furtado, husband and wife, in the sum of $30,528.42, principal and interest, as of July 9, 2010, plus $370.00 costs in this action, for a total of $30,898.42,

plus accrued interest at the daily rate of $8.37 from July 9, 2010 until date of judgment, and future interest at the legal rate of 0.3% from date of this judgment until paid.

DATED: **August 6, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**DEFAULT JUDGMENT - 2**